**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> CRADLEPOINT, INC., <br><br> Defendant. | Civil Action No. 1:20-cv-00649-MN |
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> DELL, INC., <br><br> Defendant. | Civil Action No. 1:20-cv-00651-MN |
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> HONEYWELL INTERNATIONAL,INC., <br><br> Defendant. | Civil Action No. 1:20-cv-00652-MN |

| | |
|---|---|
| 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., and TCT MOBILE (US) HOLDINGS INC., <br><br> Defendants. | Civil Action No. 1:20-cv-00654-MN |
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> VERIFONE, INC., <br><br> Defendant. | Civil Action No. 1:20-cv-00656-MN |
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> WIKO SAS, and WIKO USA, INC. <br><br> Defendants. | Civil Action No. 1:20-cv-00658-MN |
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> XIRGO TECHNOLOGIES, LLC, <br><br> Defendant. | Civil Action No. 1:20-cv-00659-MN |

## **ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Peter A. Mazur of Devlin Law Firm LLC to represent Plaintiffs Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A in the above-captioned actions.

Dated: April 27, 2021 DEVLIN LAW FIRM LLC

*/s/ Peter A. Mazur*
Timothy Devlin (No. 4241)
Peter A. Mazur (No. 6732)
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com
pmazur@devlinlawfirm.com

*Attorneys for Plaintiffs*