IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A. and SISVEL S.P.A. <br><br> Plaintiffs, <br><br> v. <br><br> DELL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 20-651 (MN) |
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A. and SISVEL S.P.A. <br><br> Plaintiffs, <br><br> v. <br><br> HONEYWELL INTERNATIONAL INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 20-652 (MN) |
| 3G LICENSING S.A. and SISVEL S.P.A. <br><br> Plaintiffs, <br><br> v. <br><br> TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC. and TCT MOBILE (US) HOLDINGS INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 20-654 (MN) |

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., <br> 3G LICENSING S.A. and SISVEL S.P.A. <br><br> Plaintiffs, <br><br> v. <br><br> VERIFONE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 20-656 (MN) <br> ) <br> ) <br> ) <br> ) <br> ) |
| SISVEL INTERNATIONAL S.A., <br> 3G LICENSING S.A. and SISVEL S.P.A. <br><br> Plaintiffs, <br><br> v. <br><br> WIKO SAS and WIKO USA, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 20-658 (MN) <br> ) <br> ) <br> ) <br> ) <br> ) |
| SISVEL INTERNATIONAL S.A., <br> 3G LICENSING S.A. and SISVEL S.P.A. <br><br> Plaintiffs, <br><br> v. <br><br> XIRGO TECHNOLOGIES, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 20-659 (MN) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the defendants to file a reply brief in support of their Motion to Stay Pending *Inter Partes* Review is extended to May 28, 2021.

<table>
<tr><td>

DEVLIN LAW FIRM LLC

/s/ Timothy Devlin

_____
Timothy Devlin (#4241)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiffs*

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendant Dell, Inc.*

</td></tr>
<tr><td>

K&L GATES LLP

/s/ Steven L. Caponi

_____
Steven L. Caponi (#3484)
Matthew B. Goeller (#6283)
600 North King Street, Suite 901
Wilmington, DE 19801
(302) 416-7080
steven.caponi@klgates.com
matthew.goeller@klgates.com

*Attorneys for Defendant Honeywell International, Inc.*

</td><td>

ASHBY & GEDDES

/s/ Steven J. Balick

_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendants TCL Communication Technology Holdings Limited, TCT Mobile International Limited, TCT Mobile, Inc., TCT Mobile (US) Inc., and TCT Mobile (US) Holdings Inc.*

</td></tr>
</table>

| | |
|---|---|
| POTTER ANDERSON & CORROON, LLP | ASHBY & GEDDES |
| /s/ *Stephanie E. O'Byrne* | /s/ *Steven J. Balick* |
| David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com | Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Defendants Wiko SAS and Wiko USA, Inc.* |
| *Attorneys for Defendant VeriFone, Inc.* | |

MORRIS JAMES LLP

/s/ *Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
(302) 888- 6855
kdorsney@morrisjames.com

*Attorneys for Defendant Xirgo Technologies, LLC*

May 21, 2021

SO ORDERED this____day of May, 2021.

_____
United States District Court Judge

4