# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br>  Plaintiffs, <br><br> v. <br><br> CRADLEPOINT, INC., <br><br> Defendant. | Civil Action No. 1:20-cv-00649-MN |
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br>  Plaintiffs, <br><br> v. <br><br> DELL, INC., <br><br> Defendant. | Civil Action No. 1:20-cv-00651-MN |
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br>  Plaintiffs, <br><br> v. <br><br> HONEYWELL INTERNATIONAL, INC., <br><br> Defendant. | Civil Action No. 1:20-cv-00652-MN |

| | |
|---|---|
| 3G LICENSING S.A., and SISVEL S.p.A.,<br><br>        Plaintiffs,<br><br>   v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., and TCT MOBILE (US) HOLDINGS INC.,<br><br>        Defendants. | Civil Action No. 1:20-cv-00654-MN |
| SISVEL INTERNATIONAL S.A.,<br>3G LICENSING S.A., and SISVEL S.p.A.,<br><br>        Plaintiffs,<br><br>   v.<br><br>VERIFONE, INC.,<br><br>        Defendant. | Civil Action No. 1:20-cv-00656-MN |
| SISVEL INTERNATIONAL S.A.,<br>3G LICENSING S.A., and SISVEL S.p.A.,<br><br>        Plaintiffs,<br><br>   v.<br><br>WIKO SAS, and WIKO USA, INC.<br><br>        Defendants. | Civil Action No. 1:20-cv-00658-MN |
| SISVEL INTERNATIONAL S.A.,<br>3G LICENSING S.A., and SISVEL S.p.A.,<br><br>        Plaintiffs,<br><br>   v.<br><br>XIRGO TECHNOLOGIES, LLC,<br><br>        Defendant. | Civil Action No. 1:20-cv-00659-MN |

## **ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Andrew P. DeMarco of Devlin Law Firm LLC to represent Plaintiffs Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A in the above-captioned actions.

Dated: May 25, 2021                                        DEVLIN LAW FIRM LLC

*/s/ Andrew P. DeMarco*
Timothy Devlin (No. 4241)
Peter A. Mazur (No. 6732)
Andrew P. DeMarco (No. 6736)
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com
pmazur@devlinlawfirm.com
ademarco@devlinlawfirm.com

*Attorneys for Plaintiffs*