IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SISVEL INTERNATIONAL S.A. and 3G LICENSING S.A., <br><br> Plaintiffs, <br><br> v. <br><br> XIRGO TECHNOLOGIES, LLC, <br><br> Defendant. | Civil Action No. 1:19-cv-01145-MN |
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., AND SISVEL S.P.A., <br><br> Plaintiffs, <br><br> v. <br><br> XIRGO TECHNOLOGIES, LLC, <br><br> Defendant. | Civil Action No. 1:20-cv-00659-MN |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, the appearance of Michael D. Harris and Steven C. Sereboff of SoCal IP Law Group LLP and Kenneth L. Dorsney and Cortlan S. Hitch of Morris James LLP for Defendant Xirgo Technologies LLC ("Xirgo") are hereby withdrawn. Brian A. Biggs and DLA Piper LLP (US) will continue to represent Xirgo.

Dated: July 1, 2021

                                            */s/ Kenneth L. Dorsney*
                                            Kenneth L. Dorsney (#3726)
                                            Cortlan S. Hitch (#6720)
                                            Morris James LLP
                                            500 Delaware Avenue, Suite 1500
                                            Wilmington, DE 19801
                                            Telephone: (302) 888-6800
                                            kdorsney@morrisjames.com
                                            chitch@morrisjames.com